# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:26-CV-00310-MMD-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SERVE SUMMONS ELECTRONICALLY AND BY MAIL**<br><br>[ECF No. 13] |

Currently pending before the Court is Plaintiff John Doe's ("Doe") motion to serve Defendants electronically and by mail. (ECF No. 13.) The Court finds Doe's motion is moot because he was granted *in forma pauperis* status, (ECF No. 9), which means the U.S. Marshals Service will effectuate service on his behalf through the appropriate means. Doe states he attached two completed USM-285 forms to his motion. (ECF No. 13.) However, the Court cannot locate these forms. Furthermore, Doe's case was permitted to proceed against three Defendants — United States Citizenship and Immigration Services ("USCIS"), USCIS Director Joseph B. Edlow ("Edlow"), and Department of Homeland Security Secretary Markwayne Mullin ("Mullin"), (ECF No. 9) — so even if Doe had attached the two forms he would still be missing one. Accordingly, Doe must resubmit the completed USM-285 forms in accordance with the instructions below.

**IT IS THEREFORE ORDERED** that:

(1) Doe's motion to serve summons electronically and by mail, (ECF No. 13), is **DENIED AS MOOT**.

(2) Doe's complaint, (ECF No. 9), is proceeding against USCIS, Edlow, and Mullin for unreasonably delaying the processing of his immigration petition under the Violence Against Women Act.

///

(3) The Clerk of Court shall **ISSUE** summonses for Defendants USCIS, Edlow, and Mullin, **AND DELIVER THE SAME** to the U.S. Marshals for service. The Clerk also shall also **SEND** sufficient copies of the complaint, (ECF No. 10), and the screening order, (ECF No. 9), to the U.S. Marshals for service on Defendants. The Clerk shall **SEND** Doe **THREE** USM-285 forms. Doe shall have **21 DAYS** to submit the completed USM-285 forms with the relevant information for each defendant to the U.S. Marshals Office located at 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501. If the U.S. Marshals Service returns a copy of the USM-285 form indicating any defendant could not be served, Doe shall have **20 DAYS** to file a motion with the Court asking for service to be attempted again, and providing a more detailed name and/or address for service, or asking that some other method of service be attempted.

(4) Doe is reminded that under Federal Rule of Civil Procedure 4(m), service must be completed within **90 DAYS** of the date of this order. If Doe requires additional time to meet any of the deadlines set by the Court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

(5) Doe shall serve upon defendants or, if an appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the Court. If Doe electronically files a document with the Court's electronic filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); LR IC 4-1(b); LR 5-1. If Doe mails the document to the Court he shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Doe shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a District Judge or Magistrate Judge which has not been filed with the Clerk, and any document

received by a District Judge, Magistrate Judge, or the Clerk which fails to include a certificate showing proper service when required.

DATED: ___May 29, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**