**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOHN DOE,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

Case No. 3:26-CV-00310-MMD-CLB

**ORDER DENYING PLAINTIFF'S MOTION TO ISSUE SUMMONS**

[ECF No. 32]

Currently pending before the Court is Plaintiff John Doe's ("Doe") motion to issue summons. (ECF No. 32.) The Court previously issued summonses for all Defendants, (*see* ECF No. 15), but Doe asks the Court to reissue them in light of Defendants' motion to dismiss, (ECF No. 27), arguing they were improperly served. (ECF No. 32.) The Court finds Doe's motion is premature because Defendants' motion to dismiss is still pending. Until Defendants' motion to dismiss is resolved it is unclear whether amended service is necessary. Accordingly, Doe's motion to issue summons, (ECF No. 32), is **DENIED**.

**DATED**: August 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**